People ex rel. Welch v Maginley-Liddie (2025 NY Slip Op 04800)

People ex rel. Welch v Maginley-Liddie

2025 NY Slip Op 04800

Decided on August 27, 2025

Appellate Division, Second Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on August 27, 2025
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Second Judicial Department

MARK C. DILLON, J.P.
LAURENCE L. LOVE
JAMES P. MCCORMACK
SUSAN QUIRK, JJ.

2025-09802

[*1]The People of the State of New York, ex rel. Danielle Welch, on behalf of Sylvester Goode, petitioner, 
v
Lynelle Maginley-Liddie, etc., respondent.

Twyla Carter, Kew Gardens, NY (Danielle Welch and Leslie Baez pro se of counsel), for petitioner.
Melinda Katz, District Attorney, Kew Gardens, NY (Johnnette Traill, Nancy Fitzpatrick Talcott, Jonathan E. Maseng, and Andray Cleghorn of counsel), for respondent.

DECISION & JUDGMENT
Writ of habeas corpus in the nature of an application to release Sylvester Goode upon his own recognizance or, in the alternative, to set reasonable bail upon Queens County Indictment No. 72033/2024.
ADJUDGED that the writ is dismissed, without costs or disbursements.
The determination of the Supreme Court, Queens County, did not violate "constitutional or statutory standards" (People ex rel. Klein v Krueger , 25 NY2d 497, 499; see People ex rel. Rosenthal v Wolfson , 48 NY2d 230).
DILLON, J.P., LOVE, MCCORMACK and QUIRK, JJ., concur.
ENTER:
Darrell M. Joseph
Clerk of the Court